UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                        MISC. NO. 07-X-51011

   -vs-

                        HON. PAUL D. BORMAN

AMIR DENHA,

        Respondent.

_____/

## ORDER DISMISSING PETITION TO
## ENFORCE IRS SUMMONS


      Petitioner having advised the Court that respondent, Amir Denha, has complied

with the Internal Revenue Service Summons served upon him on June 14, 2007, by

providing the Revenue Officer with the information sought in the summons;

      IT IS HEREBY ORDERED that the petition to enforce IRS summons brought

against respondent, Amir Denha, by the petitioner is hereby dismissed without prejudice

and without costs.




                  s/Paul D. Borman_____
                  PAUL D. BORMAN
                  UNITED STATES DISTRICT JUDGE

Dated:  January 23, 2008

              CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 23, 2008.

s/Denise Goodine
Case Manager